STATE v. McLAUGHLIN

No. 89P97

Case below: 125 N.C.App. 420

Notice of appeal by defendant (substantial constitutional question) dismissed 5 June 1997. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997.

STATE v. McNEILL

No. 184A96

Case below: Wake County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Wake County, denied 5 June 1997.

STATE v. MITCHELL

No. 156P97

Case below: 125 N.C.App. 617

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997.

STATE v. MOORE

No. 191P97

Case below: 125 N.C.App. 745

Notice of appeal by Attorney General (substantial constitutional question) dismissed 5 June 1997. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997.

STATE v. WALKER

No. 23P97

Case below: 124 N.C.App. 788

Notice of appeal by defendant (substantial constitutional question) dismissed 5 June 1997. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997.